## Commonwealth *v.* Davis, Appellant.

Submitted March 16, 1970. *David Wachtel,* for appellant; *Mark Sendrow,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Farrell, Appellant.

Submitted March 16, 1970. *Robert A. Godwin,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.